IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JACQUALINE R. WEST,

    Plaintiff,

vs.                                             Civ. No. 00-1267 JP/WWD

CITY OF ALBUQUERQUE, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

    This matter comes before the Court *sua sponte* after an *in camera* inspection of certain materials submitted to the Court in accordance with a protective order heretofore entered herein. After reviewing the documentary materials with page numbers, omitting the zeros, 1-184 and nine tape cassettes, I conclude that all of these materials should be produced to the Plaintiff. In reaching this conclusion, I have balanced the privileges claimed against the compelling state interests as well as the needs of the Plaintiff. The matters to be disclosed deal with the incident involved in this lawsuit and a similar instance involving another woman.

    **WHEREFORE,**

    **IT IS ORDERED** that Defendants produce to Plaintiff copies of the 184 pages submitted to the Court for an *in camera* inspection as well as copies of the nine tape recordings also submitted to the Court for an *in camera* inspection.

    **IT IS FURTHER ORDERED** that counsel for the Defendants pick up the aforementioned materials from the office of the undersigned.

                                                                             UNITED STATES MAGISTRATE JUDGE