IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JACQUALINE R. WEST,

        Plaintiff,

vs.                                                               Civ. No. 00-1267 JP/WWD

CITY OF ALBUQUERQUE, et al.,

        Defendants.

MEMORANDUM OPINION AND ORDER

        This matter comes before the Court upon Plaintiff's Request for Court Intervention: Possible Fabricated Document [docket no. 43] filed August 28, 2001. In the "Request", Plaintiff seeks "a Court order for original documents to be submitted to Judges Chambers for expert analysis." Plaintiff contends that such analysis should be undertaken because "'Paxil' is named prior to historical, documented fact, (last attachment, Dr. Evanko, 10-6-98)." The inference does not necessarily flow from the documents presented. The request, which is treated as a motion, does not conform to our Local Rules as far as having a supporting brief with it. The Court has no expert to make an analysis of the "original documents". Plaintiff apparently wishes to retain an expert to inspect the original documents to see if a report dated 9/20/97 was created or recreated after the incident giving rise to this lawsuit. By an order [docket no. 17] entered on January 31, 2001, reports from Plaintiff's experts were scheduled to be served on Defendants on or before April 2, 2001. Obviously that deadline has passed. The motion is not well taken, and it is untimely.

**WHEREFORE,**

**IT IS ORDERED** that Plaintiff's Request for Court Intervention: Possible Fabricated Document [43] be, and it is hereby, DENIED.

_____
UNITED STATES MAGISTRATE JUDGE