IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JACQUALINE R. WEST,

    Plaintiff,

vs.                                               Civ. No. 00-1267 JP/WWD

CITY OF ALBUQUERQUE, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court following an *in camera* inspection of Plaintiff's file from the Probation Office of the Metropolitan Court. Plaintiff filed a Request for "Court Order" (Docket #60) on October 26, 2001, following the receipt by her of a letter dated October 17, 2001, from Mark Pickle, Chief Probation Officer, Metropolitan Court, Albuquerque, New Mexico, advising Plaintiff that certain portions of her probation file with the Metropolitan Court are confidential by statute and will not be delivered to Ms. West unless such delivery is ordered by the appropriate court. No response was received to Plaintiff's Request, which was treated as a motion, and an Order (Docket #72) was entered on November 7, 2001, partially granting Plaintiff's Request. On November 27, 2001, Defendants filed a Motion for Relief from Order (My Memorandum Opinion and Order of November 7, 2001) pointing out that the Plaintiff's Request upon which the November 7th Order was based had not been served on the Defendants. After considering the matter, I determined that the most appropriate way to proceed was to make an *in camera* inspection of the file in question with a view to ordering specific production. On January 14, 2001, I entered an Order directing such an inspection. I have now completed the *in camera* inspection, and I have considered the arguments advanced by the parties for production or non-

production of the contents of the file. It is not necessary to discuss all of the policy reasons for the statutes which establish certain conditional protections. Copies of the following Bates numbered documents from Plaintiff's Metropolitan Court probation file shall be produced to Plaintiff within twenty days of the entry of this Order; namely, pages numbered 5 - 44, 53, 57 - 75, 79 - 85, 87 - 90. A representative of the Attorney General of the State of New Mexico shall promptly retrieve the file in question.

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**