IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JACQUALINE R. WEST,

       Plaintiff,

vs.                                       Civ. No. 00-1267 JP/WWD

CITY OF ALBUQUERQUE, et al.,

       Defendants.

<u>MEMORANDUM OPINION AND ORDER</u>

       This matter comes before the Court upon a "Request for Verification of Documents" filed by Plaintiff March 8, 2002 [docket no. 90]. The response to this motion was filed March 26, 2002. I ordered that certain numbered documents from Plaintiff's file from the probation office of the Metropolitan Court be produced to Plaintiff. In a Memorandum Opinion and Order entered on January 25, 2002, after making the *in camera* inspection, and considering the arguments of the parties for production or nonproduction, I determined that certain documents should be produced to Plaintiff. The production which I ordered to be made has been made, and I am not persuaded that any further production should be required in the circumstances considering the applicable law covering these records. Accordingly, as requested in Plaintiff's Request for Verification of Documents, I verify that the production I ordered following my *in camera* inspection has been made. To that extent the Plaintiff's Request for Verification of Documents is granted.

       **IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE